# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3616

_____

United States of America,          *
          *
          Appellee,     *   Appeal from the United States
          *   District Court for the District
    v.          *   of Nebraska.
          *
Janyce D. Tillberg,       *      [UNPUBLISHED]
          *
          Appellant.    *

_____

Submitted: April 7, 1999
Filed: April 13, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Janyce D. Tillberg appeals the district court's denial of Tillberg's Federal Rule of Civil Procedure 60(b) motion to vacate the portion of her sentence for embezzlement that required her to pay restitution. Having reviewed the record and the parties' briefs, we conclude the denial was proper. See United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998) (per curiam); United States v. Lussier, 104 F.3d 32, 34-35 (2d cir. 1997). We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.